UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00317-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ARDARIUS LAMONTEZ DAVIS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se letter dated September 4, 2013. As defendant requests the return of personal property seized from him at the time of arrest, the court considers such letter to be a Motion for Return of Seized Property Under Rule 41(g). In particular, defendant contends that at the Plea and Rule 11, counsel for defendant raised the issue with the court and that counsel for the government promised to check into it and release his personal property to a family member.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's September 4, 2013, letter is **DEEMED** to be a Motion for Return of Seized Property Under Rule 41(g) (#20), and the government shall file a response to such motion within 14 days of entry of this Order.

Signed: September 16, 2013

Max O. Cogburn Jr.
United States District Judge