UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00317-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ARDARIUS LAMONTEZ DAVIS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the defendant's Motion for Return of Seized Property. The government has filed a timely response accompanied by evidence that the property sought by defendant has recently been returned to defendant's lawful designee. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the defendant's Motion for Return of Seized Property (#20) is DENIED AS MOOT.

Signed: October 8, 2013

Max O. Cogburn Jr.
United States District Judge